IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JACI PURSER,<br><br>*Plaintiff*,<br><br>v.<br><br>DELTA AIR LINES, INC.,<br><br>*Defendant*. | ANSWER TO COMPLAINT<br><br>Case No. 2:25-cv-00717-rjs<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

**DEFENDANT DELTA AIR LINES, INC.'S ANSWER TO COMPLAINT**

Defendant, Delta Air Lines, Inc., for its Answer to the Plaintiff's Complaint, states as follows:

**PARTIES AND JURISDICTION**

1. Delta is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 1 of the complaint, so they are denied.

2. Delta admits operating out of Fulton County, Georgia, and that it operated DL 1203 on September 15, 2024, from Salt Lake City, Utah to Portland, Oregon. The remaining allegations of paragraph 2 state legal conclusions to which no response is required from Delta. To the extent a response is required, Delta denies these allegations as pled.

3. The allegations of paragraph 3 state legal conclusions to which no response is required from Delta. To the extent a response is required, Delta denies these allegations as pled.

**FACTUAL ALLEGATIONS**

4. Delta admits the allegations contained in paragraph 4 of the complaint.

5. Delta admits the allegations contained in paragraph 5 of the complaint.

319152436v.1

6. Delta admits DL 1203 experienced a cabin pressure problem. Delta denies the remaining allegations contained in paragraph 6 of the complaint as drafted.

7. Delta is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 7 of the complaint, so they are denied.

8. Delta admits the allegations contained in paragraph 8 of the complaint.

9. Delta denies the allegations contained in paragraph 9 of the complaint.

10. Delta denies the allegations contained in paragraph 10 of the complaint.

## CAUSE OF ACTION I
## NEGLIGENCE

11. In response to the allegations contained in paragraph 11 of the complaint, Delta incorporates by reference its answers to the remainder of the complaint.

12. Delta denies the allegations contained in paragraph 12 of the complaint.

13. Delta denies the allegations contained in paragraph 13 of the complaint.

## CAUSE OF ACTION II
## AGENCY

14. In response to the allegations contained in paragraph 14 of the complaint, Delta incorporates by reference its answers to the remainder of the complaint.

15. The allegations of paragraph 15 state legal conclusions to which no response is required from Delta. To the extent a response is required, Delta denies these allegations as pled.

16. Delta denies the allegations contained in paragraph 16 of the complaint.

## CAUSE OF ACTION III
## NEGLIGENT HIRING

17. In response to the allegations contained in paragraph 17 of the complaint, Delta incorporates by reference its answers to the remainder of the complaint.

319152436v.1

18. Delta denies the allegations contained in paragraph 18 of the complaint, and its subparts (a)-(f).

19. Delta denies the allegations contained in paragraph 19 of the complaint.

## CAUSE OF ACTION IV
## NEGLIGENT TRAINING

20. In response to the allegations contained in paragraph 20 of the complaint, Delta incorporates by reference its answers to the remainder of the complaint.

21. Delta denies the allegations contained in paragraph 21 of the complaint, and its subparts (a)-(d).

## CAUSE OF ACTION V
## STRICT PRODUCTS LIABILITY

22. In response to the allegations contained in paragraph 22 of the complaint, Delta incorporates by reference its answers to the remainder of the complaint.

23. Delta denies the allegations contained in paragraph 23 of the complaint.

24. Delta denies the allegations contained in paragraph 24 of the complaint.

25. Delta denies the allegations contained in paragraph 25 of the complaint.

26. Delta denies the allegations contained in paragraph 26 of the complaint.

27. Delta denies the allegations contained in paragraph 27 of the complaint.

## DAMAGES

28. Delta denies the plaintiff is entitled to recover the damages alleged in paragraph 28 of the complaint and its subparts (a)-(f).

## DEMAND FOR JURY TRIAL

29. Delta demands a jury trial.

319152436v.1

**PRAYER FOR RELIEF**

30. Delta denies that plaintiff is entitled to the relief sought within her prayer for relief and denies all allegations of fault contained within her prayer for relief and its subparts (a)-(c).

**AFFIRMATIVE DEFENSES**

Plaintiff's complaint, either in whole or in part, fails to state a claim upon which relief can be granted.

Delta Air Lines, Inc. may seek to amend its affirmative defenses as may be revealed during the course of discovery.

WHEREFORE, Defendant, Delta Air Lines, Inc., respectfully requests that Plaintiffs' Complaint be dismissed with prejudice, for its costs, and for such other and further relief as the Court deems just and proper.

    Respectfully submitted,

    WILSON ELSER MOSKOWITZ EDELMAN & DICKER

    */s/ SCOTT D. SWEENEY*

    Scott D. Sweeney, Utah Bar No. 15070
    Attorney at Law (Admitted in UT, CO, NM, ND)
    Wilson Elser Moskowitz Edelman & Dicker LLP
    1225 17th Street, Suite 1700
    Denver, CO 80202
    303.572.5324 (Direct)
    scott.sweeney@wilsonelser.com
    *Attorney for Defendant Delta Air Lines, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on September 19, 2025, I electronically filed and served this document, effecting service on all parties of record.

*/s/ Scott D. Sweeney*
Scott D. Sweeney

319152436v.1