Michael C. Anderson (#15439)
**CRAIG SWAPP & ASSOCIATES**
9980 South 300 West, #400
Post Office Box 709390
Sandy, Utah 84070
Telephone: (801) 990-1919
Facsimile: (801) 990-1759
mike.anderson@craigswapp.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JACI PURSER,<br><br>    Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC.,<br><br>    Defendant. | **STIPULATED MOTION FOR ENTRY OF SCHEDULING ORDER**<br><br>Case No.: 2:25-cv-00717-RJS<br><br>Judge: Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

The parties, by and through their respective counsel, jointly stipulate to the attached Attorney Planning Meeting Report and respectfully request the Court approve and enter the scheduling order filed herewith.

DATED this 14th day of October 2025.

        CRAIG SWAPP & ASSOCIATES

        */s/ Michael C. Anderson*
        Michael C. Anderson
        *Attorney for Plaintiff*

DATED this 14th day of October 2025.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*/s/ Spencer H. Hoisington (signed with permission)*
Spencer H. Hoisington
*Attorney for Defendant*

## MAILING CERTIFICATE

I hereby certify that on the 14th of October 2025, a true and correct copy of the foregoing **STIPULATED MOTION FOR ENTRY OF SCHEDULING ORDER** was filed using the court's electronic filing system, which sent notice to the following:

Spencer H. Hoisington
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
227 West Trade Steet, Suite 300
Charlotte, NC 28202
Spencer.hoisington@wilsonelser.com
*Attorney for Defendant*

*/s/ Blanca Paredes*
Blanca Paredes
*Paralegal for Plaintiff*
