Michael C. Anderson (#15439)
**CRAIG SWAPP & ASSOCIATES**
9980 South 300 West, #400
Post Office Box 709390
Sandy, Utah 84070
Telephone: (801) 990-1919
Facsimile: (801) 990-1759
mike.anderson@craigswapp.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JACI PURSER,<br><br>  Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC.,<br><br>  Defendant. | **PROPOSED SCHEDULING ORDER**<br><br>Case No.: 2:25-cv-00717-RJS<br><br>Judge: Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

  Under Fed. R. Civ. P. 16(b), the Local Rules of Practice, and the Order to Propose Schedule, if applicable, an Attorney Planning Meeting has been held and the Attorney Planning Meeting Report has been completed. The following deadlines may not be modified without a court order consistent with Fed. R. Civ. P. 16(b)(4) and DUCivR 83-6.

  **DEADLINES ARE 11:59 P.M. ON THE DATE INDICATED UNLESS EXPRESSLY STATED OTHERWISE**

1. **PRELIMINARY MATTERS**

| | | | |
|---|---|---|---|
| a. | Fed. R. Civ. P. 26(f)(1) Conference: *(date the conference was held)* | | *10/3/25* |
| b. | Participants: *Michael C. Anderson, counsel for Plaintiff, and Spencer H. Hoisington, counsel for Defendant conferred and then stipulated to the proposed Attorney Planning Meeting Report.* | | |
| c. | Fed. R. Civ. P 26(a)(1) Initial Disclosures: *(the parties have exchanged initial disclosures or will exchange no later than the date provided)* | | *11/7/25* |
| d. | Under Fed. R. Civ. P. 5(b)(2)(E), the parties agree to receive all items required to be served under Fed. R. Civ. P. 5(a) by the court's electronic-filing system or email transmission.<br><br>Electronic service constitutes notice and service as required by those rules. The right to service by USPS mail is waived. | Yes ☒ | No ☐ |

2. **PROTECTIVE ORDER**

| | | | |
|---|---|---|---|
| a. | The parties anticipate the case will involve the disclosure of information, documents, or other materials that will be designated as confidential. | Yes ☒ | No ☐ |
| b. | If the case will involve the disclosure of information, documents, or other materials that will be designated as CONFIDENTIAL, then good cause exists for the court to enter the court's Standard Protective Order (SPO) under DUCivR 26-2:<br><br>The parties stipulate to the Court's standard protective order. | | |

3. **DISCOVERY PLAN**

| | | | | |
|---|---|---|---|---|
| a. | | <u>Discovery Plan</u>: The parties agree to the following discovery plan.<br>• If the parties disagree, clearly indicate the disagreement in the space below: | Yes ☒ | No ☐ |
| b. | | <u>Discovery Subjects</u>: *Liability, causation and damages.* | | |
| c. | | <u>Discovery Phases</u>:<br>• Will discovery be conducted in phases? If so, please explain.<br><br>*Discovery will be conducted in the phases provided herein.*<br><br>• Will discovery be limited to or focused on particular issues? If so, please explain and identify whether discovery will be accelerated on any issue and the due dates. | | |
| d. | | <u>Electronically Stored Information</u>:<br>Discovery may encompass electronically stored information ("ESI"). The parties may produce ESI in unitized, fixed image format (e.g., .pdf or .tif) | | |

4. **FACT DISCOVERY**

| | | | |
|---|---|---|---|
| a. | | Fact Discovery Limitations— | |
| | 1. | Maximum number of depositions by Plaintiff: | <u>10</u> |
| | 2. | Maximum number of depositions by Defendant: | <u>10</u> |
| | 3. | Maximum number of hours for each deposition:<br>(*unless extended by agreement of parties*) | <u>7</u> |

|   |   |   |   |
|---|---|---|---|
|   | 4. | Maximum interrogatories by any party to any party: | 30 |
|   | 5. | Maximum requests for admissions by any party to any party: | _30_ |
|   | 6. | Maximum requests for production by any party to any party: | _50_ |
|   |   |   |   |
| b. | Other Fact Discovery Deadlines— | | |
|   | 1. | Deadline to serve written discovery: | _06/15/26_ |
|   | 2. | Deadline for fact discovery to close: | _08/31/26_ |
|   | 3. | Deadline for supplementation of disclosures and responses under Fed. R. Civ. P. 26(e): (*optional*) | _45 days before trial_ |

5. **AMENDING OF PLEADINGS AND JOINING OF PARTIES**

|   |   |   |   |   |
|---|---|---|---|---|
| a. | Deadline to file a motion to amend pleadings— | | | |
|   | 1. | Plaintiff: |   | _4/01/26_ |
|   | 2. | Defendant: |   | _04/25/26_ |
|   |   |   |   |   |
| b. | Deadline to file a motion to join additional parties— | | | |
|   | 1. | Plaintiff: |   | _04/27/26_ |

|   |   | |   | |
|---|---|---|---|---|
|   | 2. | Defendant: | | 05/27/26 |

6. **EXPERT DISCOVERY**

|   |   | |   | |
|---|---|---|---|---|
| a. | Filing of Notice of Designation required by DUCivR 26-1(a)(2)— | | | |
|   | 1. | Plaintiff's experts: | | 08/24/26 |
|   | 2. | Defendant's experts: | | 09/28/26 |
|   | | | | |
| b. | Service of Fed. R. Civ. P. 26(a)(2) Disclosures and Reports— | | | |
|   | 1. | Plaintiff's reports: | | 09/22/26 |
|   | 2. | Defendant's reports: | | 11/10/26 |
|   | 3. | Plaintiff's reports, if any: | | 11/02/26 |
|   | | | | |
| c. | Deadline for expert discovery to close: | | | 04/16/27 |

7. **OTHER DEADLINES AND TRIAL-RELATED INFORMATION**

| | | | |
|---|---|---|---|
| a. | Deadline for filing dispositive or potentially dispositive motions: *(including a motion to exclude experts when expert testimony is required to resolve the motion)* | | 06/15/27 |
| b. | Deadline for filing motions to exclude experts: | | 30 days before trial |
| c. | Deadline for filing a request for a scheduling conference for the purpose of setting a trial date if | | 05/03/27 |

| | no dispositive motion are filed: | | |
|---|---|---|---|

**SO ORDERED** this _____ day of _____, 2025.

BY THE COURT:

_____
Magistrate Judge Cecilia M. Romero